# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:96cr58-04/RV

BENJAMIN TILLMAN

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  July 10, 2007

Motion/Pleadings:  Motion to schedule a resentencing hearing and/or be resentenced without the prior offense that was used to enhance sentence

Filed by  Defendant  on 6/22/2007  Doc.#  322

RESPONSES:

Government  on  7/17/2007  Doc.#  323

                                        on  Doc.#

_____ Stipulated      _____ Joint Pldg.

_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)            Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  17th  day of  July , 2007, that:*

*(a) The relief requested is DENIED for lack of jurisdiction.*

*(b) If this Court had jurisdiction, the motion would have to be denied because **Lopez** does not apply to sentence enhancements under Title 21, United States Code, Section 841(b)(1)(A) and Section 802(44).*

                                            /s/ *Roger Vinson*

                                                  *ROGER VINSON*
                            *Senior United States District Judge*